# United States District Court

WESTERN DISTRICT OF WASHINGTON

ALLSTATE INSURANCE COMPANY,

        Plaintiff,

        v.

BROWNS POINT CHIROPRACTIC
CENTER, P.S., a Washington Professional
Service Corporation, DONALD L. FINLAYSON,
D.C. and JANE DOE FINLAYSON, husband and
wife; RICKY S. WALDNER and JACKIE
WALDNER, husband and wife.

        Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C10-5607KLS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

√ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT Defendants' Motion to Dismiss is GRANTED.

January 14, 2011

WILLIAM M McCOOL
Clerk

By Traci Whiteley, Deputy Clerk